Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−22705−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Marcos Pasato
  318 Hillcrest Ave.
  Somerset, NJ 08873

Social Security No.:
  xxx−xx−1849

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/29/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 29, 2026
JAN: wiq

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-22705-MBK |
| Marcos Pasato | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 29, 2026 | Form ID: 148 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marcos Pasato, 318 Hillcrest Ave., Somerset, NJ 08873-3083 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2026 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2026 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520903201 | + Email/PDF: AffirmBKNotifications@resurgent.com | Jan 29 2026 21:10:48 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520903202 | + EDI: BANKAMER | Jan 30 2026 01:51:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520903205 | + EDI: CRFRSTNA.COM | Jan 30 2026 01:51:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 520903203 | + EDI: CAPITALONE.COM | Jan 30 2026 01:51:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520903204 | + EDI: CAPITALONE.COM | Jan 30 2026 01:51:00 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520903206 | + EDI: JPMORGANCHASE | Jan 30 2026 01:51:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520903208 | + EDI: JPMORGANCHASE | Jan 30 2026 01:51:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 520903209 | + EDI: CITICORP | Jan 30 2026 01:51:00 | Citibank/, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520903210 | + EDI: CITICORP | Jan 30 2026 01:51:00 | Citibank/Sunoco, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520903211 | + EDI: CITICORP | Jan 30 2026 01:51:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520903212 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2026 21:07:00 | Cross Country Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 520960345 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 29 2026 21:07:00 | CrossCountry Mortgage, LLC, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box |

Case 25-22705-MBK   Doc 17   Filed 01/31/26   Entered 02/01/26 00:15:58   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: 148 | Total Noticed: 36 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 619096, Dallas TX 75261-9096 |
| 520903217 | | EDI: CITICORP | Jan 30 2026 01:51:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520903213 | + | Email/Text: documents@socascades.com | Jan 29 2026 21:06:00 | Driveway Finance Corp, Attn: Bankruptcy, 150 N. Bartlett St., Medford, OR 97501-6015 |
| 520943917 | + | EDI: JEFFERSONCAP.COM | Jan 30 2026 01:51:00 | Driveway Finance Corporation, Jefferson Capital Systems, LLC Assignee, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 520903214 | | EDI: IRS.COM | Jan 30 2026 01:51:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 520923247 | + | Email/Text: RASEBN@raslg.com | Jan 29 2026 21:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520903216 | + | EDI: CAPITALONE.COM | Jan 30 2026 01:51:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520908401 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 21:10:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520903218 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 29 2026 21:08:00 | Midland Credit Management, PO Box 939019, San Diego, CA 92193-9019 |
| 520954234 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 29 2026 21:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520903219 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 29 2026 21:07:00 | NMAC, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 520929845 | | EDI: PRA.COM | Jan 30 2026 01:51:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520903220 | | Email/Text: signed.order@pfwattorneys.com | Jan 29 2026 21:07:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 520903221 | ^ | MEBN | Jan 29 2026 21:02:01 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 520928705 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 29 2026 21:08:00 | Santander Consumer USA Inc., d/b/a Chrysler Capital as, servicer for CCAP Auto Lease Ltd., P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520903222 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 29 2026 21:08:00 | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |
| 520903223 | + | EDI: SYNC | Jan 30 2026 01:51:00 | Syncb/car Care Pep B, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 520903224 | + | EDI: SYNC | Jan 30 2026 01:51:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520916181 | ^ | MEBN | Jan 29 2026 21:01:36 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520903225 | ^ | MEBN | Jan 29 2026 21:02:31 | Tenaglia & Hunt, 365 West Passaic Street, Suite 405, Rochelle Park, NJ 07662-3014 |
| 520903226 | + | EDI: WFHOME | Jan 30 2026 01:51:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520961281 | + | EDI: WFHOME | Jan 30 2026 01:51:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4927 |

TOTAL: 35

# BYPASSED RECIPIENTS

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: 148 | Total Noticed: 36 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520903207 | *+ | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520903215 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Marcos Pasato ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4